**BOUTIN DENTINO GIBSON
DI GIUSTO HODELL INC.**
Michael E. Chase, Esq. SBN 214506
Daniel S. Stouder, Esq. SBN 226753
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
(916) 321-4444

Attorneys for Defendant, ARS Hospitality, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br>  vs.<br><br>ARS HOSPITALITY, INC., individually and dba HAMPTON INN & SUITES,<br><br>    Defendant. | Case No.:  2:06-CV-02430-GEB-GGH<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER**<br><br>**Date Action Filed:** |

The parties stipulate, through their counsel of record, as follows:

1. Defendant, ARS Hospitality, Inc., has been granted one previous extension of time to respond to Plaintiff's complaint, through and including, February 8, 2007.

2. The parties are negotiating settlement of the entire action, and believe a mutually acceptable settlement will be reached shortly.

3. Extending Defendant, ARS Hospitality, Inc.'s time to respond for a period of thirty (30) days, through and including March 9, 2007, should allow the parties sufficient time to reach a settlement of all issues in this case.

4. Plaintiff, Scott N. Johnson, and Defendant, ARS Hospitality, Inc., therefore stipulate

1  that Defendant be granted an extension of an additional 30 (thirty) days within which to respond to

2  Plaintiff's complaint, through and including March **9,** 2007.

3      **IT IS SO STIPULATED.**

4

5  Dated:  February 8, 2007        /s/ Scott N. Johnson
                                                Scott N. Johnson, Plaintiff in Pro Per

6

7

8                                       BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.

9

10  Dated: February 8, 2007         By:     /s/ Daniel S. Stouder
                                                Daniel S. Stouder, Attorneys for Defendant,
11                                                  ARS Hospitality, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1 **[PROPOSED] ORDER**

Having read and considered the parties' above stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Defendant, ARS Hospitality, Inc., be granted a thirty (30) day extension of time to respond to Plaintiff's complaint, through and including March 9, 2007.

Dated:   February 9, 2007

GARLAND E. BURRELL, JR.
United States District Judge