1

2

3

4

5

6

7

8

9                        UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11

SCOTT N. JOHNSON,                    )
12                                   )     2:06-cv-2430-GEB-GGH
                     Plaintiff,      )
13                                   )
          v.                         )     STATUS (PRETRIAL
14                                   )     SCHEDULING) ORDER
ARS HOSPITALITY, INC.,               )
15  individually and dba HAMPTON INN )
AND SUITES,                          )
16                                   )
                     Defendant.      )
17  _____)

18

19          On March 7, 2007, Plaintiff filed a Notice of Settlement

20  indicating "the parties have settled this action" and

21  "[d]ispositional documents will be filed within (20) calendar

22  days."  Therefore, a dispositional document shall be filed no later

23  than March 27, 2007.  Failure to respond by this deadline may be

24  construed as consent to dismissal of this action without prejudice,

25  and a dismissal order could be filed.  See L.R. 16-160(b) ("A

26  ///

27  ///

28  ///

1 | failure to file dispositional papers on the date prescribed by the

2 | Court may be grounds for sanctions.").

3 |      IT IS SO ORDERED.

4 | Dated:  March 7, 2007

6 | GARLAND E. BURRELL, JR.
7 | United States District Judge